Faye Williams, guardian of the estate of Charles Williams, Jr., a minor, appellee, v. Bowman Dairy Company, appellant. Gen. No. 38,991.

Opinion filed March 30, 1937.

Montgomery, Hart, Pritchard & Herriott, for appellant; Louis E. Hart and L. Edward Hart, Jr., of counsel. Lester L. Bauer and Herbert W. Auw, for appellee; Lester L. Bauer and Abraham Miller, of counsel.

Mr. Justice Friend delivered the opinion of the court.